Linda B. Oliver (SBN 166720)
Email: loliver@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email: echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:    +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendant The Guardian Life
Insurance Company Of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL FONTANA, | Case No. CV 08 - 1231 |
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16]** |
| vs. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; THE CHECK POINT SOFTWARE TECHNOLOGIES, INC. DISABILITY PLAN; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for defendant The Guardian

Life Insurance Company of America, certifies that as of this date, other than the named parties, there

is no such interest to report.


DATED:  February 29, 2008.

REED SMITH LLP

By_____
Linda B. Oliver
Eugenia S. Chern
Attorneys for Defendant The Guardian Life
Insurance Company Of America

DOCSOAK-9901295.1

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16]

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On February 29, 2008, I served the following document(s) by the method indicated below:

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16]**

☐ by transmitting via facsimile on this date from fax number +1 510 273 8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Terrence J. Coleman
Brian H. Kim
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: 415-433-8000
Facsimile: 415-433-4816

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16]

1        I declare under penalty of perjury under the laws of the United States that the above is

2    true and correct.  Executed on February 29, 2008, at Oakland, California.

3

4    _____
    Rowena Lerma

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

— 3 —

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16]