1  John E. Slavitt (SBN 202340)
   CHECK POINT SOFTWARE TECHNOLOGIES, INC.
2  800 Bridge Parkway
   Redwood City, CA 94065
3
   Telephone:   (650) 628-2110
4  Facsimile:   (650) 649-1975

5  General Counsel for Defendant The Check Point
   Software Technologies, Inc. Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL FONTANA, | Case No. CV 08 1231 |
| Plaintiff, | JOINDER IN NOTICE OF REMOVAL |
| vs. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; THE CHECK POINT SOFTWARE TECHNOLOGIES, INC. DISABILITY PLAN; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Defendant The Check Point Software Technologies, Inc. Disability Plan hereby joins in defendant Guardian Life Insurance Company of America's Notice of Removal to this Court of the state court action described in the Notice of Removal.

DATED: February 2_, 2008.

By_____
John Slavitt
General Counsel for Defendant The Check Point
Software Technologies, Inc. Disability Plan

DOCSOAK-9901296.1

– 1 –
JOINDER IN NOTICE OF REMOVAL

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On February 29, 2008, I served the following document(s) by the method indicated below:

**JOINDER IN NOTICE OF REMOVAL**

☐ by transmitting via facsimile on this date from fax number +1 510 273 8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Terrence J. Coleman
Brian H. Kim
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA 94111
Telephone: 415-433-8000
Facsimile: 415-433-4816

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 29, 2008, at Oakland, California.

*(signature)*
Rowena Lerma