1  Linda B. Oliver (SBN 166720)
   Email: loliver@reedsmith.com
2  Eugenia S. Chern (SBN 215092)
   Email: echern@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA 94612-3572

5  **Mailing Address:**
   P.O. Box 2084
6  Oakland, CA 94604-2084

7  Telephone:   +1 510 763 2000
   Facsimile:   +1 510 273 8832
8
   Attorneys for Defendant The Guardian Life
9  Insurance Company Of America

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12  APRIL FONTANA,                          | Case No. C 08-01231 CRB
13              Plaintiff,                  | **SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER**
14        vs.                               |
15  THE GUARDIAN LIFE INSURANCE             |
    COMPANY OF AMERICA; THE CHECK           | Honorable Charles R. Breyer
16  POINT SOFTWARE TECHNOLOGIES, INC.       |
    DISABILITY PLAN; and DOES 1 through 20, |
17  inclusive,                              |
18              Defendants.                 |

19

20      TO PLAINTIFF AND HER ATTORNEY OF RECORD AND THE UNITED STATES

21  DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

22

23      Defendant The Check Point Software Technologies, Inc. Disability Plan hereby substitutes

24  Linda B. Oliver (SBN 166720) and Eugenia S. Chern (SBN 215092), Reed Smith LLP, 1999

25  Harrison Street, Suite 2400, Oakland, California 94612, phone: (510) 763-2000, facsimile: (510)

26  273-8832, as attorneys of record in the place of John E. Slavitt (SBN 202340), Check Point Software

27  Technologies, Inc., 800 Bridge Parkway, Redwood City, California 94065, phone: (650) 628-2110,

28  facsimile: (650) 649-1975.

DATED: March 7, 2008.

REED SMITH LLP

By /s/ _____
Linda B. Oliver
Eugenia S. Chern
Attorneys for Defendant The Guardian Life
Insurance Company Of America

DATED: March 6th, 2008.

By /s/ _____
John E. Slavitt
General Counsel for Defendant The Check Point
Software Technologies, Inc. Disability Plan

## ORDER

IT IS HEREBY ORDERED that substitution of attorney is hereby approved.

DATED: _____  _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

DOCSOAK-9901880.1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On March 7, 2008, I served the following document(s) by the method indicated below:

**SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER**

☐ by transmitting via facsimile on this date from fax number +1 510 273 8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

John E. Slavitt, Esq.
Check Point Software Technologies, Inc.
800 Bridge Parkway
Redwood City, CA 94065
Telephone: 650-628-2110
Facsimile: 650-649-1975

PROOF OF SERVICE

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 7, 2008, at Oakland, California.

*Rowena Lerma*
Rowena Lerma

DOCSOAK-9902006.1