1  Linda B. Oliver (SBN 166720)
   Email: loliver@reedsmith.com
2  Eugenia S. Chern (SBN 215092)
   Email: echern@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA 94612-3572

5  **Mailing Address:**
   P.O. Box 2084
6  Oakland, CA 94604-2084

7  Telephone:  +1 510 763 2000
   Facsimile:  +1 510 273 8832
8
   Attorneys for Defendant The Guardian Life
9  Insurance Company Of America

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12 | APRIL FONTANA,                                   | Case No. CV-08-01231-CRB
13 |          Plaintiff,                              | **PROOF OF SERVICE**
14 |     vs.
15 | THE GUARDIAN LIFE INSURANCE
   | COMPANY OF AMERICA; THE CHECK
16 | POINT SOFTWARE TECHNOLOGIES, INC.
   | DISABILITY PLAN; and DOES 1 through 20,
17 | inclusive,
18 |          Defendants.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On March 4, 2008, I served the following document(s) by the method indicated below:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (with attached ORDER SETTING CASE MANAGEMENT CONFERENCE, STANDING ORDERS, and STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA/CONTENTS OF JOINT CASE MANAGEMENT STATEMENT)**

**U.S. DISTRICT COURT, NORTHERN CALIFORNIA GUIDELINES (with attached DROP BOX FILING PROCEDURES)**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION (with attached forms: NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, and WAIVER OF SERVICE OF SUMMONS)**

**ECF REGISTRATION INFORMATION HANDOUT**

☐ by transmitting via facsimile on this date from fax number +1 510 273 8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

– 3 –

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Terrence J. Coleman
Brian H. Kim
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, CA  94111
Telephone:  415-433-8000
Facsimile:  415-433-4816

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 4, 2008, at Oakland, California.

                                                 /s/ Rowena Lerma
                                               Rowena Lerma

DOCSOAK-9901439.1