Arnold R. Levinson    (State Bar No. 066583)
Terrence J. Coleman   (State Bar No. 172183)
Brian H. Kim          (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: alevinson@pillsburylevinson.com, tcoleman@pillsburylevinson.com
bkim@pillsburylevinson.com

Attorneys for Plaintiff
APRIL FONTANA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL FONTANA, <br><br> Plaintiff, <br><br> v. <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; THE CHECK POINT SOFTWARE TECHNOLOGIES, INC. DISABILITY PLAN; et al., <br><br> Defendants. | Case No. CV-08-1231-CRB <br><br> **PLAINTIFF APRIL FONTANA'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** <br><br> **[Local Rule 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 14, 2008            PILLSBURY & LEVINSON, LLP

                                 By:  _____/s/_____
                                      Terrence J. Coleman
                                      Brian H. Kim
                                      Attorneys for Plaintiff
                                      APRIL FONTANA

-1-
PLAINTIFF APRIL FONTANA'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES    Case No. CV-08-1231-CRB