Arnold R. Levinson    (State Bar No. 066583)
Terrence J. Coleman   (State Bar No. 172183)
Brian H. Kim          (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: alevinson@pillsburylevinson.com, tcoleman@pillsburylevinson.com
bkim@pillsburylevinson.com

Attorneys for Plaintiff
APRIL FONTANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| APRIL FONTANA, | ) Case No. CV-08-1231-CRB |
|---|---|
| Plaintiff, | ) **PLAINTIFF APRIL FONTANA'S** |
| v. | ) **DEMAND FOR TRIAL BY JURY** |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; THE CHECK POINT SOFTWARE TECHNOLOGIES, INC. DISABILITY PLAN; et al., | ) |
| Defendants. | ) |

Plaintiff April Fontana hereby demands a trial by jury on all issues in this action in accordance with the Federal Rules of Civil Procedure.

Dated: March 14, 2008            PILLSBURY & LEVINSON, LLP


                                 By:      /s/
                                     Terrence J. Coleman
                                     Brian H. Kim
                                     Attorneys for Plaintiff
                                     APRIL FONTANA

-1-
PLAINTIFF APRIL FONTANA'S DEMAND FOR TRIAL BY JURY          Case No. CV-08-1231-CRB

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

-2-

PLAINTIFF APRIL FONTANA'S DEMAND FOR TRIAL BY JURY                Case No. CV-08-1231-CRB