Arnold R. Levinson (State Bar No. 066583)
Terrence J. Coleman (State Bar No. 172183)
Brian H. Kim (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
Email: alevinson@pillsburylevinson.com, tcoleman@pillsburylevinson.com
bkim@pillsburylevinson.com

Attorneys for Plaintiff
APRIL FONTANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL FONTANA,<br><br>    Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; THE CHECK POINT SOFTWARE TECHNOLOGIES, INC. DISABILITY PLAN; et al.,<br><br>    Defendants. | Case No. CV-08-1231-CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STRIKE**<br><br>Date:    April 11, 2008<br>Time:   10:00 a.m.<br>Place:  Courtroom 8, 9th Floor |

Defendants' Motion to Strike came on regularly before this Court for hearing on April 11, 2008. Plaintiff April Fontana was represented by her counsel of record, Pillsbury & Levinson, LLP; Defendants The Guardian Life Insurance Company of America and The Check Point Software Technologies, Inc. Disability Plan were represented by their counsel of record, Reed Smith LLP.

///

///

///

///

-1-
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANTS MOTION TO STRIKE                    Case No. CV-08-1231-CRB

1  Having considered the papers filed in support of and in opposition to this
2  Motion and the oral argument presented at the hearing, the Court denies Defendants'
3  Motion to Strike in its entirety.
4      IT IS SO ORDERED.

6  Dated: _____          _____
7                                                                 Hon. Charles R. Breyer
                                                               United States District Court

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111