United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL FONTANA,<br><br>    Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendants. | No. C 08-01231 CRB<br><br>**ORDER GRANTING MOTION TO STRIKE** |

Now pending before the Court is defendants' motion to strike. After carefully considering the parties' papers, the Court concludes that oral argument is unnecessary, see Local Rule 7-1(b), and GRANTS defendants' motion.

Plaintiff's complaint makes two claims under ERISA: (1) recovery of employee benefits under 29 U.S.C. section 1132(a)(1)(B), and (2) equitable relief under 29 U.S.C. section 1132(a)(3). In addition to recovery of past benefits and other equitable relief, plaintiff seeks general damages. She also makes a demand for a jury trial.

The claim for general damages must be stricken. Bast v. Prudential Ins. Co. of America, 150 F.3d 1003 (9th Cir. 1998) ("Extracontractual, compensatory and punitive damages are not available under ERISA."). Great-West Life & Annuity Ins. Co., 534 U.S. 204, 210, 217 (2002), did not in any way overrule the Ninth Circuit's decision in Bast, a decision which this district court must follow. See Day v. Apoliona, 496 F.3d 1027, 1031 (9th Cir. 2007).

1  Plaintiff's demand for a jury trial must be stricken for the same reason. The Ninth
2 Circuit has held that there is no right to a jury trial in ERISA cases. <u>Thomas v. Oregon Fruit</u>
3 <u>Products Co.</u>, 228 F.3d 991, 996 (9th Cir. 2000). As <u>Great-West</u> did not overrule <u>Thomas</u>,
4 this district court is bound by the law of the Ninth Circuit. <u>See</u> <u>Day</u>, 496 F.3d at 1031.

5  Accordingly, defendants' motion to strike is GRANTED. Plaintiff's request for leave
6 to amend is DENIED. Plaintiff does not explain how amendment can cure the legal problem
7 that ERISA simply does not allow claims for extracontractual damages or a jury trial.

8  **IT IS SO ORDERED.**

9 Dated: March 31, 2008



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California