UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APRIL FONTANA

                Plaintiff(s),

v.

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA, et al.
                Defendant(s).
_____/

Case No. C 08-01231 CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 13, 2008

                                                  [Party] VP + A.T. Curot GLIC

Dated: 5/19/08

                                                  [Counsel] EUGENIA S. CHEEN