# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

APRIL FONTANA

                Plaintiff(s),

v.

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA, et al.

                Defendant(s).

_____/

CASE NO. C 08-01231 CRB

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
   ✓     Private ADR *(please identify process and provider)* _____

The parties are in the process of meeting and conferring regarding the selection of a mediator.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

   ✓     other requested deadline October 6, 2008 _____

Dated: May 19, 2008 _____

Dated: May 19, 2008 _____

/s/ Brian H. Kim _____
Attorney for Plaintiff

/s/ Eugenia S. Chern
Attorney for Defendant

**[PROPOSED] ORDER**

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:

            Non-binding Arbitration
            Early Neutral Evaluation (ENE)
            Mediation
            Private ADR

      Deadline for ADR session

            90 days from the date of this order.
    ✓     other   October 6, 2008

IT IS SO ORDERED.

Dated:_____

                             _____
                             CHARLES R. BREYER
                             UNITED STATES DISTRICT    JUDGE