UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


APRIL FONTANA

CASE NO. C 08-01231 CRB

Plaintiff(s),

v.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA, et al.

Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*


**Private Process:**
✓        Private ADR *(please identify process and provider)* _____
The parties are in the process of meeting and conferring regarding the selection of a mediator.


The parties agree to hold the ADR session by:
                the presumptive deadline *(The deadline is 90 days from the date of the order
                referring the case to an ADR process unless otherwise ordered. )*

        ✓        other requested deadline October 6, 2008 _____


Dated: May 19, 2008 _____                    /s/ Brian H. Kim _____
                                               Attorney for Plaintiff


Dated: May 19, 2008 _____                    /s/ Eugenia S. Chern _____
                                               Attorney for Defendant

**[PROPOSED] ORDER**

        Pursuant to the Stipulation above, the captioned matter is hereby referred to:
             Non-binding Arbitration
             Early Neutral Evaluation (ENE)
             Mediation
             Private ADR

        Deadline for ADR session
             90 days from the date of this order.
        ✓     other   October 6, 2008

IT IS SO ORDERED.


Dated:___May 20, 2008___



                               CHA_____
                               UNITE_____JDGE