UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APRIL FONTANA

                Plaintiff(s),

v.

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA, et al.,
                Defendant(s).

Case No. C-08-01231 CRB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 24, 2008

                                                      */s/ April Fontana*
                                                      [Party] April Fontana

Dated: May 27, 2008

                                                      */s/ B. Kim*
                                                     [Counsel] Brian H. Kim