**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 6, 2008**

**C-08-01231** **CRB**

    **APRIL FONTANA  v.  THE GUARDIAN LIFE INSURANCE**

Attorneys:     Brian Kim                              Linda Oliver

Deputy Clerk: **BARBARA ESPINOZA**         Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                    **RULING:**

1.  Initial Case Management Conference  - Held

2.  

3.  

**ORDERED AFTER HEARING:**

 Discovery to go forward

( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO December 12, 2008 @ 10:00 a.m. for  X Motions for Summary Judgment

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____              Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                            Type of Trial:  ( )Jury     ( )Court

Notes: _____