IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL FONTANA, | No. C 08-01231 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | |

The Court having granted plaintiff's motion for judgment on the administrative record, and having denied defendant's motion, judgment is entered in favor of plaintiff and against defendant. Defendant shall retroactively reinstate plaintiff's long-term disability benefits.

**IT IS SO ORDERED.**

Dated: Jan. 13, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\1231\judgment.wpd