IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL FONTANA, | No. C 08-01231 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| THE GUARDIAN LIFE INSURANCE, | |
| Defendant. | |

In accordance with its Order filed March 4, 2009, the Court has reviewed the unredacted billing statements submitted by plaintiff's counsel and finds that the hours incurred are reasonable, less the time spent in connection with the motion to strike. Accordingly, plaintiff is awarded $84,887.50 in attorney's fees.

The parties shall meet and confer and, within 10 days of the date of this Order, submit a proposed Amended Judgment that includes the attorney's fees, costs and prejudgment interest awarded by the Court.

**IT IS SO ORDERED.**

Dated: March 11, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\1231\orderreamountoffeesandcosts.wpd