1

Arnold R. Levinson       (State Bar No. 066583)
Terrence J. Coleman      (State Bar No. 172183)

2

Rebecca Grey             (State Bar No. 196960)
Brian H. Kim             (State Bar No. 215492)

3

PILLSBURY & LEVINSON, LLP

4

600 Montgomery Street, 31st Floor
San Francisco, California 94111

5

Telephone: (415) 433-8000

6

Facsimile: (415) 433-4816
alevinson@pillsburylevinson.com, tcoleman@pillsburylevinson.com,

7

rgrey@pillsburylevinson.com, bkim@pillsburylevinson.com

8

Attorneys for Plaintiff,

9

APRIL FONTANA

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

14

APRIL FONTANA,                        )   Case No. CV 08-1231 CRB
                                      )

15

           Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                      )   AMENDED JUDGMENT GRANTING
                                      )   PLAINTIFF'S MOTION FOR

16

v.                                    )   ATTORNEY'S FEES, COSTS AND
                                      )   PREJUDGMENT INTEREST

17

THE GUARDIAN LIFE INSURANCE           )
COMPANY OF AMERICA; THE               )

18

CHECKPOINT SOFTWARE                   )
TECHNOLOGIES, INC. DISABILITY         )

19

PLAN, et al.,                         )
                                      )

20

           Defendants.                )

21

                                      )
                                      )

22

_____       )

23

**STIPULATION**

24

Pursuant to the Court's March 4, 2009 and March 11, 2009 Orders, the parties stipulate

25

26

that Judgment shall be entered on Plaintiff's April Fontana's Motion for Attorney's Fees, Costs

27

and Prejudgment Interest in Plaintiff's favor as follows:

28

(1)     Pursuant to Section 502(g) of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132(g), Plaintiff is awarded $84,887.50 in attorney's fees and $6,876.35 in litigation expenses;

(2)     Plaintiff is awarded prejudgment interest pursuant to 28 U.S.C. section 1961 in the amount of $9,217.00;

(3)     Defendants The Guardian Life Insurance Company of America ("Guardian") and the Check Point Software Technologies, Inc. Disability Plan are ordered to pay the attorney's fees, costs and prejudgment interest to Plaintiff in the amounts specified above, no later than 14 business days after the date Judgment is entered.

Dated:  March 24, 2009                          PILLSBURY & LEVINSON, LLP

                                                By: _____
                                                    Brian H. Kim
                                                    Attorneys for Plaintiff
                                                    APRIL FONTANA

Dated:  March 24, 2009                          REED SMITH LLP

                                                By: _____
                                                    Linda B. Oliver
                                                    Attorneys for Defendants
                                                    THE GUARDIAN LIFE INSURANCE
                                                    COMPANY OF AMERICA AND THE
                                                    CHECK POINT SOFTWARE
                                                    DISABILITY PLAN

## [PROPOSED] AMENDED JUDGMENT

Pursuant to the Court's March 4, 2009 and March 11, 2009 Orders and the parties'

2

Stipulation, Judgment shall be entered on Plaintiff's April Fontana's Motion for Attorney's Fees, Costs and Prejudgment Interest in Plaintiff's favor as follows:

(1)    Pursuant to Section 502(g) of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132(g), Plaintiff is awarded $84,887.50 in attorney's fees and $6,876.35 in litigation expenses;

(2)    Plaintiff is awarded prejudgment interest pursuant to 28 U.S.C. section 1961 in the amount of $9,217.00;

(3)    Defendants The Guardian Life Insurance Company of America ("Guardian") and The Check Point Software Technologies Inc. Disability Plan are ordered to pay the attorney's fees, costs and prejudgment interest to Plaintiff in the amounts specified above, no later than 14 business days after the date Judgment is entered.

**IT IS SO ORDERED.**

Dated:    March 25, 2009



IT IS SO ORDERED

Judge Charles R. Breyer

3

Stipulation and [Proposed] Amended Judgment Granting Plaintiff's Motion for Attorney's Fees, Costs and Prejudgment Interest

Case No. CV 08-1231 CRB